**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Leonel R. CAZACO, a/k/a Scott, a/k/a James Romeo Nelson, a/k/a Frank Nisbett, a/k/a Jimmy Fingers, Defendant–Appellant.**

No. 02–7753.

United States Court of Appeals,
Fourth Circuit.

Submitted March 17, 2003.

Decided March 27, 2003.

Leonel R. Cazaco, Appellant Pro Se. Stephen Wiley Miller, David John Novak, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Leonel R. Cazaco seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Cazaco has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). Accordingly, we deny the motion for a certificate of appealability, deny the motion for leave to proceed in forma pauperis, and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*